# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

JEREMY DANIEL EDDY
ADC #148630                                                    PLAINTIFF

v.                          Case No. 4:11-cv-147-DPM-JTR

KARL BYRD, Sheriff, Faulkner County;
BOBBY BROWN, Jail Administrator,
Faulkner County; GIVENS, Sergeant,
Faulkner County; J.D. MALLETT, Corporal,
Faulkner County; JOHN RANDALL,
Captain, Faulkner ; and TROY PORTER,
Lieutenant, Faulkner County                                   DEFENDANTS

## ORDER

Jeremy Daniel Eddy, a prisoner in the Arkansas Department of Correction, filed this *pro se* § 1983 action alleging that Defendants violated his constitutional rights while he was a prisoner in the Faulkner County Detention Center. *Document No. 2, at 6–8.* On 25 February 2011, the Court entered an Order giving Eddy thirty days to file an amended complaint containing information necessary to complete the screening function mandated by 28 U.S.C. § 1915A. *Document No. 3, at 4.* Importantly, the Court advised Eddy that the failure to timely and properly do so would result in the

dismissal of his case without prejudice, pursuant to Local Rule 5.5(c)(2), which states that "[if] any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice." *Document No. 3, at 1 n.1.*

Eddy has failed to comply with the Court's 25 February 2011 Order, and the time for doing so has expired.  Accordingly, this case is dismissed without prejudice pursuant to Local Rule 5.5(c)(2).  The Court certifies that an *in forma pauperis* appeal from this Order and the accompanying Judgment would not be taken in good faith.  28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 April 2011