IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

JEREMY DANIEL EDDY
ADC #148630                                                                              PLAINTIFF

v.                           Case No. 4:11-cv-147-DPM-JTR

KARL BYRD, Sheriff, Faulkner County;
BOBBY BROWN, Jail Administrator,
Faulkner County; GIVENS, Sergeant,
Faulkner County; J.D. MALLETT, Corporal,
Faulkner County; JOHN RANDALL,
Captain, Faulkner ; and TROY PORTER,
Lieutenant, Faulkner County                                                              DEFENDANTS

JUDGMENT

Eddy's complaint is dismissed without prejudice. An *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

7 April 2011